EASTERN DISTRICT OF TENNESSEE

IN RE:    UNCLAIMED FUNDS                                                    CHAPTER 13
             January 17, 2017

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS TO THE CLERK OF COURT

The following checks have been outstanding for more than 90 days and
Pursuant to 11 U.S.CO. Section 347 the funds are being paid to the Clerk of the
Court as unclaimed funds.

| Check Number | Claim Number | Case Number | Payee Name & Address | Amount |
|---|---|---|---|---|
| Sylvia Jean Locklear | | | | |
| 1884644 | 400/999 | 08-10586 NWW | Sylvia Jean Locklear 115 Sleepy Lane Ringgold, GA 30736 | $ 10.00 |
| Stacey Tennille Jordan | | | | |
| 1884644 | 400/999 | 09-17895 NWW | Stacey Tennille Jordan 3691 Shirl Jo Lane Apartment A Chattanooga, TN 37412 | $ 11.28 |
| James Willson Cole | | | | |
| 1884644 | 400/999 | 10-12034 NWW | James Wilson Cole Lola Jeanette Cole 1911 Dalton Pike Cleveland, TN 37311 | $ 5.15 |
| Harley Scouton Pitts | | | | |
| 1884644 | 400/006 | 10-15423 NWW | American Trust Cash Advance 5910 Reagan Lane, Ste. 103 Ooltewah, TN 37363 | $ 75.19 |
| Sonja Fay Heming | | | | |
| 1884644 | 400/999 | 10-16590 NWW | Sonja Fay Heming 201 Clark Street Chickamauga, GA 30707 | $ 1,537.41 |

CONTINUED ON NEXT PAGE

Grady Stevie Tallent, Jr.
1884644        401/999        11-10565 NWW        Grady Stevie Tallent, Jr.        $  5.18
                                                  8674 Highway 157
                                                  Rising Fawn, GA 30738

Tommey E. Hampton
1884644        400/016        11-13053 SDR        Hutcheson Medical Center        $ 202.20
                                                  ATTN Kevin Hopkins
                                                  100 Gross Crescent Circle
                                                  Fort Oglethorpe, GA 30742

Marty Levoy Hamilton
1884644        400/008        11-13712 NWW        David Mills Gardner        $ 10.30
                                                  139 Thomas Creek Drive
                                                  Blairsville, GA 30512

Marty Levoy Hamilton
1884644        401/012        11-13712 NWW        George Wardlaw        $ 4.12
                                                  5495 Highway 151
                                                  Lafayette, GA 30728

Hazel Louise Wheeler
1884644        400/003        11-13992 SDR        Hutcheson Medical Center        $  3.49
                                                  ATTN Kevin Hopkins
                                                  100 Gross Crescent Circle
                                                  Fort Oglethorpe, GA 30742

Steven Randall Lewis
1884644        400/999        11-14443 SDR        Steven Randall Lewis        $ 10.00
                                                  Melissa Anne Lewis
                                                  4620 Freewill Road
                                                  Cleveland, TN 37312

Raymond Wayne Tate, II
1884644        400/006        11-15285 NWW        Hutcheson Medical Center        $ 118.20
                                                  ATTN Kevin Hopkins
                                                  100 Gross Crescent Circle
                                                  Fort Oglethorpe, GA 30742

Eddie Lee Wallace, Jr.
1884644        400/015        14-11771 SDR        Parkridge Emergency Department $ 27.18
                                                  c/o Revenue Recovery Corporation
                                                  P.O. Box 50250
                                                  Knoxville, TN 37950

Mary Lou Elliot
1884644        400/002        11-16054 NWW        Community Credit Services        $ 373.14
                                                  42 Reads Way, Ste. 125
                                                  New Castle, DE 19720

Wanda Faye Chapple
1884644       400/999        12-11609 SDR            Wanda Faye Chapple              $  124.81
                                                     4616 Sunflower Lane, Apt. 103
                                                     Chattanooga, TN 37416


Rosalyn Lanae Gallaher
1884644       400/001        12-12409 NWW            Parkridge East Hospital         $  3.15
                                                     c/o Barry J. Gammons
                                                     P.O. Box 330610
                                                     Nashville, TN 37203

Melissa Roxanne Kaylor
1884644       400/999        12-13194 SDR            Melissa Roxanne Kaylor          $  5.15
                                                     2570 Old Stage Road
                                                     Spring City, TN 37381


Yolonda Jean Bridges
1884644       400/014        12-13525 NWW            United Credit Recovery          $  141.26
                                                     P.O. Box 953245
                                                     Lake Mary, FL 32795

Letroy Ronnell Poole
1884644       401/999        12-15345 NWW            Letroy Ronnell Poole            $ 1,838.82
                                                     Danielle LaShawn Poole
                                                     506 Oglethorpe Ridge Lane
                                                     Fort Oglethorpe, GA 30742

Barbara King
1884644       400/999        13-10674 SDR            Barbara King                    $ 10.00
                                                     1225 Curlee Church Road
                                                     Readyville, TN 37149


Varneesa Ann Wright
1884644       400/014        13-12342 NWW            Parkridge Emergency Department $ 19.12
                                                     c/o Revenue Recovery Corporation
                                                     P.O. Box 50250
                                                     Knoxville, TN 37950

Varneesa Ann Wright
1884644       401/013        13-12342 NWW            Parkridge East Emergency Department $ 24.29
                                                     c/o Revenue Recovery Corporation
                                                     P.O. Box 50250
                                                     Knoxville, TN 37950

Robert Dwight Cottrill
1884644       400/999        13-12811 SDR            Robert Dwight Cottrill          $195.00
                                                     308 Woody's Trailer Park, Lot 7
                                                     Dayton, TN 37321

Carl Lewis Stephens
1884644      400/011        13-13920 NWW        Athens Emergency Department  $ 16.82
                                                c/o Revenue Recovery Corporation
                                                P.O. Box 50250
                                                Knoxville, TN 37950

Carl Lewis Stephens
1884644      401/015        13-13920 NWW        Athens Emergency Department  $ 7.98
                                                c/o Revenue Recovery Corporation
                                                P.O. Box 50250
                                                Knoxville, TN 37950

Tina Rose Florence
1884644      400/005        14-12011 NWW        Parkridge Emergency Department $ 89.90
                                                c/o Revenue Recovery Corporation
                                                P.O. Box 50250
                                                Knoxville, TN 37950

Giyonna Shanelle Hill
1884644      400/008        14-13517 SDR        Cashnet USA                   $403.36
                                                200 W. Jackson BLVD, Ste. 1400
                                                Chicago, IL 60606

Jeffrey Maxwell Reader
1884644      400/ 004       15-12715 SDR        Parkridge Emergency Department $ 130.05
                                                c/o Revenue Recovery Corporation
                                                P.O. Box 50250
                                                Knoxville, TN 37950

Michelle Lynn McRae
1884644      400/999        15-14132 SDR        Michelle Lynn McRae           $163.00
                                                2121 Holly Terrace, #8
                                                Dalton, GA 30720

Philip Wayne Ross
1884644      400/666        15-15321 SDR        Philip Wayne Ross             $306.19
                                                P.O. Box 5193
                                                Cleveland, TN 37320


                                TOTAL                        $5,871.74


                                KARA L. WEST, TRUSTEE
                                **KARA L. WEST TRUSTEE**